THE STATE OF OHIO, APPELLANT, *v.* BAZEN, APPELLEE.

[Cite as State *v.* Bazen (1988), 37 Ohio St. 3d 242.]

(No. 87-1346—Submitted May 11, 1988—Decided June 29, 1988.)

*John A. Poulos,* prosecuting attorney, and *Lawrence E. Chapanar,* for appellant.

*Buckingham, Doolittle & Burroughs, Lee J. Bell* and *Jeffrey E. Schobert,* for appellee.

The judgment of the court of appeals is reversed on authority of *State* v. *Wilson* (1975), 41 Ohio St. 2d 236, 70 O.O. 2d 431, 325 N.E. 2d 236. The issues raised on appeal from the overruling of appellee's motion to with-

draw his no-contest plea or vacate his conviction are moot, as it appears to the court that the conditional sentence has been completed and the fine paid.

MOYER, C.J., SWEENEY, LOCHER, HOLMES and DOUGLAS, JJ., concur.

WRIGHT and H. BROWN, JJ., dissent.